AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

TERRYON GOLLIDAY
*Petitioner*

v.   Case No. 2:23-cv-00062-JMS-MKK
*(Supplied by Clerk of Court)*

JOHN PLASSE VIGO COUNTY SHERIFF
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

FILED
02/09/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: TERRYON M. GOLLIDAY
   (b) Other names you have used: 
2. Place of confinement:
   (a) Name of institution: VIGO COUNTY SECURITY CENTER
   (b) Address: 600 WEST HONEY CREEK DRIVE TERRE HAUTE, INDIANA 47802
   (c) Your identification number: 32946
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☒ Other - explain:
   REFUSAL OF PRETRIAL RELEASE OF 988 DAYS BY JUDGE MICHAEL J. LEWIS
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: VIGO COUNTY SUPERIOR COURT 33 SOUTH 3RD STREET TERRE HAUTE, INDIANA 47807-3425
   (b) Docket number of criminal case: 84D06-2005-F2-001830
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☑ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: VIGO COUNTY SUPERIOR COURT DIVISION 6 33 SOUTH 3RD STREET TERRE HAUTE, INDIANA 47807-3425
   (b) Docket number, case number, or opinion number: 84D06-2005-F2-1830 001830
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): VIOLATION OF INDIANA CRIMINAL RULES 4(A)(B)(C) AND (D) VIOLATION OF U.S. AMENDMENTS 1, 5, 6, 8, 9, AND 14, U.S. CODES TITLE 42 CHAPTER 21, SUBCHAPTER 1, SECTIONS 1984, 1982, AND 1986 WHILE COMMITTING ACTS UNDER SECTIONS 1985(2),(3) AND 1983.
   (d) Date of the decision or action: 28 MAY 2020 TO PRESENT DAY

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes       ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: INDIANA SUPREME COURT DISCIPLINARY COMMISSION, INDIANA JUDICIAL NOMINATING COMMISSION, OFFICE OF JUDICIAL ADMINISTRATION
       (2) Date of filing: APRIL 1, 2021
       (3) Docket number, case number, or opinion number: 0326196 L ?
       (4) Result: "INSUFFICIENT EVIDENCE EXISTED TO ESTABLISH A VIOLATION" SUPPOSEDLY
       (5) Date of result: MAY 24, 2021
       (6) Issues raised: THE ALLOWING OF VIOLATIONS OF CONSTITUTIONAL LAWS OF PROTECTION, DUE PROCESS VIOLATIONS BY PUBLIC DEFENDER EDWARD McGLONE + MICHAEL J. WRIGHT, PROSECUTORS ROBERT E. ROBERTS, JASON SAUNDERS, AND REMA SULIEMAN. VIOLATION OF STATE CODES BY PUBLIC DEFENDERS AND PROSECUTORS

Case 2:23-cv-00062-MPB-MKK   Document 1   Filed 02/09/23   Page 3 of 9 PageID #: 3
Case 2:22-cv-00398-JRS-MKK   Document 21-2   Filed 01/23/23   Page 4 of 10 PageID #: 92

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

"YOUR COMPLAINT HAS BEEN DISMISSED AND OUR FILE WILL BE CLOSED."
"PLEASE UNDERSTAND THAT THE COMMISSIONS DECISION IS FINAL"
SINCERELY ADRIENNE L. MEIRING."

(b) If you answered "No," explain why you did not appeal: THE DEFENDANT(I) HAVE VERY LIMITED MEANS FOR OBTAINING FACTUAL INFORMATION ON APPEAL PROCESS DUE TO THE INCARCERATION IN VIGO COUNTY JAIL/SECURITY CENTER

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☑ Yes          ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: INDIANA COMMISSION ON JUDICIAL QUALIFICATIONS JUDICIAL NOMINATING COMMISSION

        (2) Date of filing: JANUARY 21, 2022

        (3) Docket number, case number, or opinion number: 0326196.1

        (4) Result: INSUFFICIENT EVIDENCE CASE DISMISSED, AND FILE CLOSED

        (5) Date of result: FEBRUARY 25, 2022

        (6) Issues raised: THE CONTINUATION OF HAVING "MY", THE DEFENDANTS CONSTITUTIONAL LAWS OF PROTECTION VIOLATED BY PUBLIC DEFENDERS, AND PROSECUTORS THE CONTINUAL OF COURT DATES, WITHOUT MY KNOWLEDGE, INDIANA CODE, VIOLATIONS, NOT BEING PRESENT FOR PRETRIAL HEARINGS, WHY CONTINUANCES, BOND REFUSALS, PRETRIAL RELEASE REFUSAL AFTER BEING INCARCERATED FOR 666 DAYS WITHOUT A TRIAL OR PRETRIAL RELEASE VIOLATION OF CRIMINAL RULE 4A, B, C,

    (b) If you answered "No," explain why you did not file a second appeal: ___

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes          ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: ___

        (2) Date of filing: ___

        (3) Docket number, case number, or opinion number: ___

        (4) Result: ___

        (5) Date of result: ___

        (6) Issues raised: ___

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: I HAD NO IDEA FOR CERTAIN WHAT WAS NEXT STEP, AND OBTAINING CORRECT INFORMATION FOR EXECUTION OF PROCESS, AND ITS CORRECT ADDRESS. JAIL STAFF OBSTRUCTS MY LEGAL PROGRESSIONS ALWAYS,

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
_____
_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes    ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
_____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____
_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I HAVE SHOWN PUBLIC DEFENDER EDWARD MCGLONE ON 20 NOV 2020 ERRORS IN PROSECUTION OF CASE AND MOTION FOR DISMISSAL. MC GLONE LEAVES CASE WITHOUT MY KNOWLEDGE, LEWIS APPOINTS ANOTHER PUBLIC DEFENDER, A DUE PROCESS VIOLATION BY LEWIS, "THE PERSON WHO IS TO BE FAIR TO ALL PARTIES", AND A DUE

Page 7 of 10

Case 2:23-cv-00062-MPB-MKK    Document 1    Filed 02/09/23    Page 7 of 9 PageID #: 7
Case 2:22-cv-00398-JRS-MKK    Document 21-2    Filed 01/23/23    Page 8 of 10 PageID #: 96

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

PROCESS VIOLATION BY MC GLONE, A CONSPIRACY (1985(2),(3)) TO DENY ME THE CONSTITUTIONAL LAWS OF PROTECTION UNDER 1983 I WROTE 2 BLANK CHECKS FOR!! I AM A WAR VETERAN LEWIS DENIED ME MY 1ST AMENDMENT LAW OF PROTECTION TO SPEAK IN MY DEFENSE TO PLACE ON RECORD OF THE COURT THE RAILROADING OF PROSECUTION ON DATES 26 JULY 2022 3 JAN 2023 AND 24 JAN 2023. I WAS ALWAYS PROFESSIONAL IN DEMEANOR IN ADDRESSING THE COURT. MICHAEL J. WRIGHT LIED TO COURT ON RECORD 26 July 2022, AND NOT IN MY BEHALF.

(b)  Did you present Ground One in all appeals that were available to you?

☑ Yes            ☐ No

**GROUND TWO:** I HAVE BEEN DENIED (14TH AMENDMENT) DUE PROCESS, 5TH AMENDMENT TO DEFEND MYSELF AND CASE TO THE BEST OF MY ABILITY AS STATED IN THE 5TH AMENDMENT. I OFFED MY PUBLIC DEFENDERS, I WOULD DO ALL OF THE RESEARCH OF THE DEFENSE IF PLACED ON PRE TRIAL HOUSE ARREST, AND NOT VIOLATE THE HOUSE

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

ARREST, I, AM BEING KEPT IN THIS JAIL BECAUSE THE PROSECUTION KNOWS I WILL OVERWHELMINGLY, AND ATROCIOUSLY DEFEAT THEM IN A COURTROOM IF GIVEN THE SAME OPPORTUNITY, AND TIME TO PREPARE MY CASE. AGENTS OF THE PROSECUTION VIGO COUNTY JAIL ADMINISTRATION HAS ILLEGALLY SEIZED MY LEGAL PROPERTY OF FOLDERS / ENVELOPES CONTAINING MY CASE DEFENSE NOTES AND STRATEGIES NUMEROUS TIMES, AND READ THE DEFENSE MATERIAL 8 NOV 2022 FOR 28 DAYS 5 MAR 2022 FOR 30 MINUTES, ILLEGALLY TAKEN WORKING PENS, A COLLEGIATE DICTIONARY

(b)  Did you present Ground Two in all appeals that were available to you?

☑ Yes            ☐ No

**GROUND THREE:** THE PLAINTIFF IS INDIRECTLY SERVING A SENTENCE AS PRESUMED GUILTY OF ALLEGED CRIMES WITHOUT A TRIAL BY THE ABUSE OF PROCESS BY VIGO COUNTY SUPERIOR COURT DIVISION 6, JUDGE MICHAEL J. LEWIS, EDWARD MC GLONE ROBERT E. ROBERTS, JASON SAUNDERS, MICHAEL J. WRIGHT, AND REMA SULIEMAN.

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

AS OF THIS WRITING I HAVE BEEN AWAITING TRIAL FOR 987 DAYS, 1 BOND HEARING, I HAVE SEEN OTHERS HAVE MORE SERIOUS ALLEGED CRIMES RELEASED THAT WERE IN SAME COURT, SAME PUBLIC DEFENDER, THAT CAME AFTER ME. MY COURT DATES HAVE BEEN MADE ON A SUNDAY, 22 MAY 2022, MY NEXT DATES ARE 26 APRIL PRETRIAL, AND 26 JUNE 2023 TRIAL. I AM BEING RETALIATED AGAINST FOR FILING CIVIL ACTIONS UPON THE COUNTY AND CITY FOR MISCONDUCT. MY INABILITY TO COPY DOCUMENTS OR EXACTNESS IS NOT AVAILABLE BY DENIAL OF JAIL ADMINISTRATION

(b)  Did you present Ground Three in all appeals that were available to you?

☑ Yes            ☐ No

Case 2:23-cv-00062-MPB-MKK  Document 1  Filed 02/09/23  Page 8 of 9 PageID #: 8
Case 2:22-cv-00398-JRS-MKK  Document 21-2  Filed 01/23/23  Page 9 of 10 PageID #: 97

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** PERSONS OF TRUST VIOLATED FIDUCIARY DUTIES THEY TOOK AN OATH WHEN SWORN INTO THEIR POSITIONS TO UPHOLD AS I DID TO PROTECT THIS COUNTRY FROM ITS ENEMIES, FOREIGN, AND DOMESTIC, TWICE. PERSONS OF TRUST CONSPIRED TO VIOLATE U.S. CODES OF TITLE 18 UNDER 1985(2)+(3), 1983 WITH MALICE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: THE SUPERVISOR OF PUBLIC DEFENDER OFFICE GRETCHEN ETLING ALLOWED ACTS TO CONTINUE, 1986. RYAN DWYER PUBLIC DEFENDER INVESTIGATOR FAILED TO INVESTIGATE CRIME SCENE AS I REQUESTED OF MCGLONE, WRIGHT, AND LEWIS AS WELL TO PROTECT CRIME SCENE FOR DEFENSE EVIDENCE. ALLOWING THE OBSTRUCTION OF, AND SEIZURE OF CASE EVIDENCE UNCHALLENGED DURING ATTORNEY CLIENT VISITATION 11 JAN 2023 MICHAEL WRIGHT. BY THE HANDS OF SEIZURE OF JAIL ADMINISTRATOR SGT. STEPHANIE EDWARDSON. VIOLATION OF 4TH AMENDMENT ABOVE ACT SHOWS HARASSMENT BY JAIL STAFF VERY CLEARLY

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: THE PLAINTIFF'S IPHONE 7 WAS STOLEN FROM THE VIGO COUNTY JAIL DURING MY INPROCESSING INTO THE VIGO COUNTY JAIL BY A C.O. PRATT. THE SAID IPHONE IS NOT IN MY INMATE PROPERTY OR IS DOCUMENTED IN MY DISCOVERY. THE PHONE CONTAINED CRIMINAL DEFENSE EVIDENCE. PLAINTIFF MAILED NUMEROUS GRIEVANCES TO INDIANA SUPREME COURT DISCIPLINARY COMMISSION ON EDWARD MCGLONE, AND MICHAEL J. WRIGHT. 22-0991, 22-0486 MCGLONE / 22-0468, 23-0744 WRIGHT.

**Request for Relief**

15. State exactly what you want the court to do: DISMISSAL "OF" THE FALSE CHARGES, IMMEDIATELY REINSTATE MY CONCEAL CARRY LICENSE OF FLORIDA, RETURN "ALL" OF MY PROPERTY AS IN CONDITION OF 23 MAY 2020, NOT TO PURSUE ME, IN "ANY" MANNER AS I LEAVE THE STATE, TO PICK UP THE SHATTERED PIECES OF MY LIFE, REPLACE, ANY AND ALL MONIES LOST DURING INCARCERATION. EXPUNGEMENT OF ARREST FROM NCIC, THE DESTRUCTION OF MY DNA, SAMPLES BY FIRE IN MY PRESENCE

THE PLAINTIFF HERE WOULD CONSIDER A PERSONA NON GRATA FOR THE CITY OF TERRE HAUTE, INDIANA AS A CONDITION OF THE TERMS OF DISMISSAL OF ALL ALLEGED CHARGES OF PLAINTIFFS CASE AND ABOVE REQUESTS FOR RELIEF.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

6 FEB 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5 FEB 2023

_Tenyon Holliday_
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*