UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRYON GOLLIDAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:23-cv-00062-MPB-MKK |
| ) | |
| JOHN PLASSE, ) | |
| ) | |
| Respondent. ) | |

**Final Judgment**

The Court now enters final judgment. The petition for writ of habeas corpus is **dismissed without prejudice**.

Date: May 31, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Distribution:

TERRYON GOLLIDAY
VIGO COUNTY SHERRIFF'S OFFICE
600 West Honey Creek Drive
Terre Haute, IN 47802

Jesse R. Drum
INDIANA ATTORNEY GENERAL
jesse.drum@atg.in.gov